**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

ROBERT A. KATZMANN
CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

Date: November 07, 2014
Docket #: 14-4009
Short Title: In Re UBS Erisa Litigation

DC Docket #: 08-cv-6696
DC Court: SDNY (NEW YORK CITY)
DC Judge: Sullivan

## NOTICE OF EXPEDITED APPEAL

By notice filed October 23, 2014, an appeal has been taken from a judgment that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

[Appellants' briefs are due no later than December 12, 2014, 35 days from the date of this notice. Appellees' briefs are due no later than January 16, 2015 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8551.